```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                              :

MIGLE JEGELEVICIUTE, *individually and on behalf* :
*of all others similarly situated*,                                      :
                                                                                :       1:24-cv-04468-GHW
                                            Plaintiff,     :
                                                                                :                <u>ORDER</u>
                                             -v -                               :

DOCGO, INC., *et al.*,                                               :

                                                     Defendants.  :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On August 27, 2024, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendants without prejudice under 41(a)(1)(A)(i). Dkt. No. 10. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), the Second Circuit concluded that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Rule 41(a)(1)(A) to ensure that they do not obscure a settlement. As a result, the Court cannot endorse Plaintiff's stipulation of dismissal in its current form without conducting appropriate diligence as mandated by the Second Circuit. The Court will accept a stipulation of dismissal under Rule 41(a)(1)(A)(i) so long as Plaintiff certifies that there has been no settlement of FLSA claims. Counsel are directed to review the Second Circuit's opinion in *Thunder Lube* and to submit a sworn affidavit in support of the stipulation no later than September 6, 2024.

       SO ORDERED.

Dated: August 28, 2024
       New York, New York

                                                                                           GREGORY H. WOODS
                                                                       United States District Judge