UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                    :
MIGLE JEGELEVICIUTE, *individually and on behalf* :
*of all others similarly situated*,                                 :
                                                                    :
                                               Plaintiff,           :
                                                                    :
                          -v -                                      :
                                                                    :
DOCGO, INC., *et al.*,                                              :
                                                                    :
                                               Defendants.          :
                                                                    :
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024

1:24-cv-04468-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 27, 2024, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendants without prejudice under 41(a)(1)(A)(i). Dkt. No. 10. On September 6, 2024, Plaintiff submitted a sworn affidavit certifying that Plaintiff has not settled her FLSA claims. Dkt. No. 12. The Court is therefore satisfied that Plaintiff's voluntary dismissal does not obscure a settlement. *See Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022).

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: September 9, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge